IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:05CV00501

---------------------------------------------------------------x

C H ROBINSON WORLDWIDE, INC,

    Plaintiff,

- against -                                                Civil Action No 1 05CV00501

SUNTECK TRANSPORT COMPANY, INC,
SUNTECK TRANSPORT & LOGISTICS, INC AND
HARRY M WACHTEL,

    Defendants
---------------------------------------------------------------x

## PERMANENT INJUNCTION ORDER
## AND FINAL JUDGMENT

IT IS HEREBY ORDERED, with the consent of the parties, that Defendants Sunteck Transport Company, Inc and Sunteck Transport & Logistics, Inc, and their officers, agents, servants and employees (including but not limited to Defendant Harry M Wachtel) (who are collectively referred to as Sunteck) are permanently enjoined and restrained from the following

    a    Contacting any C H Robinson employee through any means of communication established by and belonging to C H Robinson, including but not limited to a C H Robinson telephone number, a C H Robinson mailing address, or the C H Robinson email system (i e using any email address with the domain name chrobinson com or any other domain maintained by C H Robinson) to offer employment to that employee or to solicit that employee to become employed by Sunteck,

    b    Offering any financial inducement to any employee of C H Robinson conditioned on that employee's bringing business to Sunteck unless that employee fully complies with any

applicable employment, severance agreement, and/or other post-termination agreement between that employee and C H Robinson,

 c Persuading or attempting to persuade, encouraging or attempting to encourage, or suggesting that any C H Robinson employee violate the terms of any applicable employment agreement, severance agreement, and/or post-termination agreement between that employee and C H Robinson,

 d For a period of one year, hiring any employee presently employed by C H Robinson as to whom Sunteck has already engaged in any of the activity prohibited by paragraphs a, b, and/or c, including but not limited to any employee of C H Robinson's Winston Salem, North Carolina office

IT IS FURTHER ORDERED that any violation of this Order by Sunteck may subject Sunteck and those acting in concert or participating with them to being held in contempt of Court subject to the full range of sanctions within the Court's discretion to award for such violations

IT IS FURTHER ORDERED that this Order shall not preclude Sunteck from initiating or, as the case may be, responding to inquiries about potential employment that neither violate nor are the result of any violation of this Order, nor shall this Order preclude Sunteck's hiring any past present or future employees of C H Robinson so long as that hiring does not result from a violation of this Order

This Order is the final judgment in this action  The Court directs the Clerk of Court to place this action among the ended causes

Enter

_____
The Honorable William L Osteen of the
United States District Court for the
Middle District of North Carolina

2

The parties ask for this

*[signature]*

Mack Sperling (N C B #11094)
BROOKS, PIERCE, McCLENDON, HUMPHREY & LEONARD, L L P
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
P O Box 26000
Greensboro, North Carolina 27420-6000
Telephone  (336) 373-8850
Facsimile   (336) 378-1001

*Counsel for Plaintiff*

*[signature]*

Robert L Harris, Jr (V S B #33454)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
Federal Reserve Bank Building, 16th Floor
701 East Byrd Street (23219)
P O Box 2499
Richmond, Virginia 23218-2499
Telephone  (804) 545-1505
Facsimile   (804) 545-1501

*Counsel for Defendants*

3